UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

Lee Abt, Esquire
3747 Church Road, Suite 102
Mount Laurel, New Jersey 08054
(856) 914-5100
Attorney for Debtor
(LA 5525)

| | |
|---|---|
| **In re:** | Case No. 17-20072-JNP |
| **KENNETH A. DEANGELO** | Chapter 13 |
| **AND BRITTNEY S. DEANGELO,** | |
| | Judge: Jerrold N. Poslusny, Jr. |
| **Debtors.** | |

## CERTIFICATION IN SUPPORT OF DISCHARGE

I, KENNETH A.. DEANGELO, debtor in this case, certify as follows:

1.    All payments required to be made by me under my plan have been made and are paid in full.

2.    _X_   I am not required to pay domestic support obligations.

____ I am required to pay domestic support obligations and have paid all amounts payable under court order or statute that were due on or before the date of this certification.

I certify under penalty of perjury that the above is true,

Date: 11/16/22                                /s/  Kenneth A. DeAngelo

                                             _____
                                             KENNETH A.. DEANGELO, Debtor

**IMPORTANT:**
- **Each debtor in a joint case must file a separate Certification in Support of Discharge.**
- **A discharge will not be issued for a debtor who fails to file a <u>completed</u> Certification in Support of Discharge.**