| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Kenneth A DeAngelo** | Social Security number or ITIN  xxx–xx–2459 |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | **Brittney S. DeAngelo** | Social Security number or ITIN  xxx–xx–2718 |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court   District of New Jersey | | |
| Case number:  17–20072–JNP | | |

## Order of Discharge

12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Kenneth A DeAngelo                          Brittney S. DeAngelo

<u>1/9/23</u>                                 **By the court:** <u>Jerrold N. Poslusny Jr.</u>
                                             United States Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 13 Case

This order does not close or dismiss the case.

#### Creditors cannot collect discharged debts

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

#### Most debts are discharged

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

#### Some debts are not discharged

Examples of debts that are not discharged are:

- ◆ debts that are domestic support obligations;

- ◆ debts for most student loans;

- ◆ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

Form 3180W                      **Chapter 13 Discharge**                      page 1

♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

♦ debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

♦ some debts which the debtors did not properly list;

♦ debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

♦ debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

♦ debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Form 3180W              **Chapter 13 Discharge**                    page 2

United States Bankruptcy Court

District of New Jersey

In re:

Kenneth A DeAngelo

Brittney S. DeAngelo

    Debtors

Case No. 17-20072-JNP

Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1

Date Rcvd: Jan 09, 2023

User: admin

Form ID: 3180W

Page 1 of 4

Total Noticed: 53

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor is advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 11, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Kenneth A DeAngelo, Brittney S. DeAngelo, 34 Penn Road, Voorhees, NJ 08043-4834 |
| 516829040 | + | ARS/Account Resolution Specialist, 1643 Harrison Pkwy Ste 1, Sunrise, FL 33323-3091 |
| 516829033 | + | Advocare Haddon Pediatric, P.O. Box 3001, Voorhees, NJ 08043-0598 |
| 516829038 | + | Apex Asset Management, Virtua Health System, P.O. Box 5407, Lancaster, PA 17606-5407 |
| 516829039 | | Apex Asset Management, Re: Virtua, P.O. Box 5407, Lancaster, PA 17606-5407 |
| 516829048 | + | BP Fisher Law Group, 174 Watefront Street, Ste 300, Oxon Hill, MD 20745-1155 |
| 516829059 | + | Cardiovascular Assoc of Del Valley, 120 White Horse Pike, Ste. 112, Haddon Heights, NJ 08035-1994 |
| 516829061 | | Children's Hospital Of Phila, Lock Box 5232, P.O. Box 8500, Philadelphia, PA 19178-5232 |
| 516829069 | | Diagnostic Pathology Consultants, 520 E. 22nd St., Lombard, IL 60148-6110 |
| 516829071 | | Emerg Phy Assoc of S. Jersey, P.O. Box 740021, Cincinnati, OH 45274-0021 |
| 516829086 | ++ | JC CHRISTENSEN & ASSOC, PO BOX 519, SAUK RAPIDS MN 56379-0519 address filed with court:, JC Christensen & Associates, P.O. Box 519, Sauk Rapids, MN 56379 |
| 516829088 | + | Lyons Doughty Law Firm, 136 Gaither Drive, Suite 100, P.O. Box 1269, Mount Laurel, NJ 08054-7269 |
| 516829090 | + | Malcolm S. Gerald & Assoc, 332 S. Michigan Ave, Suite 600, Chicago, IL 60604-4318 |
| 516829091 | | Physician Billing--PB CHOP, P.O. Box 788017, Philadelphia, PA 19178-8017 |
| 516829092 | + | Pinnacle Credit Services, P.O. Box 5617, Hopkins, MN 55343-0493 |
| 516829096 | + | Regional Women's Health Group, P.O. Box 536, Voorhees, NJ 08043-0536 |
| 516829102 | | South Jersey Radiology, P.O. Box 23355, Newark, NJ 07189-0355 |
| 516829101 | + | South Jersey Radiology, P.O. Box 1710, Voorhees, NJ 08043-7710 |
| 516829104 | | Virtua Health, P.O. Box 8500-7542, Philadelphia, PA 19178-7542 |
| 516829103 | | Virtua Health, P.O. Box 8500-8267, Philadelphia, PA 19178-8267 |

TOTAL: 20

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jan 09 2023 20:34:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jan 09 2023 20:34:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 516829044 | ^ | MEBN | Jan 09 2023 20:30:50 | ARS/Account Resolution Specialist, Po Box 459079, Sunrise, FL 33345-9079 |
| 516829037 | ^ | MEBN | Jan 09 2023 20:30:35 | Amcol Systems Inc., 111 Lancewood Rd, Columbia, SC 29210-7523 |
| 516829051 | | EDI: CAPITALONE.COM | Jan 10 2023 01:29:00 | Capital One, 15000 Capital One Dr, Richmond, VA 23238 |

| 516829060 | | EDI: CCS.COM | | |
| | | | Jan 10 2023 01:29:00 | CCS, RE: Wells Fargo Bank, P.O. Box 55126, Boston, MA 02205-5126 |
| 516829050 | + | Email/Text: bankruptcy@cavps.com | | |
| | | | Jan 09 2023 20:34:00 | Calvary Portfolio Services, 500 Summit Lake Ste 400, Valhalla, NY 10595-2321 |
| 516829049 | + | Email/Text: bankruptcy@cavps.com | | |
| | | | Jan 09 2023 20:34:00 | Calvary Portfolio Services, Po Box 27288, Tempe, AZ 85285-7288 |
| 516829056 | + | EDI: CAPITALONE.COM | | |
| | | | Jan 10 2023 01:29:00 | Capital One, Attn: General Correspondence/Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 516829055 | + | EDI: CAPITALONE.COM | | |
| | | | Jan 10 2023 01:29:00 | Capital One, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 516911600 | | EDI: CAPITALONE.COM | | |
| | | | Jan 10 2023 01:29:00 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 517052022 | + | Email/Text: bankruptcy@cavps.com | | |
| | | | Jan 09 2023 20:34:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 516908234 | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | | |
| | | | Jan 09 2023 20:34:00 | Christiana Trust, Trustee (See 410), c/o Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, Colorado 80129-2386 |
| 516829064 | | EDI: COMCASTCBLCENT | | |
| | | | Jan 10 2023 01:29:00 | Comcast, P.O. Box 3006, Southeastern, PA 19398-3006 |
| 516829065 | ^ | MEBN | | |
| | | | Jan 09 2023 20:30:51 | Convergent Heathcare Recovery, 121 Ne Jefferson St, Peoria, IL 61602-1256 |
| 516829066 | ^ | MEBN | | |
| | | | Jan 09 2023 20:30:52 | Convergent Heathcare Recovery, 121 Ne Jefferson St, Suite 100, Peoria, IL 61602-1229 |
| 516829068 | + | EDI: CCS.COM | | |
| | | | Jan 10 2023 01:29:00 | Credit Collections Svc, Po Box 773, Needham, MA 02494-0918 |
| 516829067 | + | EDI: CCS.COM | | |
| | | | Jan 10 2023 01:29:00 | Credit Collections Svc, 725 Canton St, Norwood, MA 02062-2679 |
| 516829072 | | Email/Text: bankruptcydepartment@tsico.com | | |
| | | | Jan 09 2023 20:34:00 | EOS CCA, P.O. Box 981002, Boston, MA 02298-1002 |
| 516829073 | | Email/Text: bknotice@ercbpo.com | | |
| | | | Jan 09 2023 20:34:00 | ERC, P.O. Box 23870, Jacksonville, FL 32241-3870 |
| 517053506 | ^ | MEBN | | |
| | | | Jan 09 2023 20:30:17 | Emergency Physician Associates of South Jersey, PC, PO Box 1123, Minneapolis MN 55440-1123 |
| 516829074 | + | EDI: LCIICSYSTEM | | |
| | | | Jan 10 2023 01:29:00 | IC Systems, Inc, Po Box 64378, Saint Paul, MN 55164-0378 |
| 516829080 | + | EDI: LCIICSYSTEM | | |
| | | | Jan 10 2023 01:29:00 | IC Systems, Inc, 444 Highway 96 East, St Paul, MN 55127-2557 |
| 516829087 | | EDI: JEFFERSONCAP.COM | | |
| | | | Jan 10 2023 01:29:00 | Jefferson Capital Systems, Re: Comentiy Bank-NY & Co, 16 McLeland Road, Saint Cloud, MN 56303 |
| 517063201 | | EDI: PRA.COM | | |
| | | | Jan 10 2023 01:29:00 | Portfolio Recovery Associates, LLC, c/o Capital One Bank, N.a., POB 41067, Norfolk VA 23541 |
| 516829093 | | Email/PDF: resurgentbknotifications@resurgent.com | | |
| | | | Jan 09 2023 20:35:39 | Pinnacle Credit Services, P.O. Box 640, Hopkins, MN 55343-0640 |
| 517055956 | | Email/PDF: resurgentbknotifications@resurgent.com | | |
| | | | Jan 09 2023 20:35:22 | Pinnacle Credit Services, LLC its successors and, assigns as assignee of Citibank (South, Dakota), N.A., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 516829097 | + | Email/Text: clientservices@remexinc.com | | |
| | | | Jan 09 2023 20:34:00 | Remex Inc., P.O. Box 765, Rocky Hill, NJ 08553-0765 |
| 516829100 | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | | |

|  |  | Jan 09 2023 20:34:00 | SLS, 8742 Lucent Blvd., Suite 300, Highlands Ranch, CO 80129-2386 |
| 516829099 | + Email/Text: bankruptcy@savit.com | Jan 09 2023 20:35:00 | Savit Coll, Po Box 250, East Brunswick, NJ 08816-0250 |
| 516829098 | + Email/Text: bankruptcy@savit.com | Jan 09 2023 20:35:00 | Savit Coll, 46 W Ferris St, East Brunswick, NJ 08816-2159 |
| 516831255 | + EDI: RMSC.COM | Jan 10 2023 01:29:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 516944737 | + EDI: AIS.COM | Jan 10 2023 01:29:00 | Verizon, by American InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 33

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
| --- | --- | --- |
| 516829041 | *+ | ARS/Account Resolution Specialist, 1643 Harrison Pkwy Ste 1, Sunrise, FL 33323-3091 |
| 516829042 | *+ | ARS/Account Resolution Specialist, 1643 Harrison Pkwy Ste 1, Sunrise, FL 33323-3091 |
| 516829043 | *+ | ARS/Account Resolution Specialist, 1643 Harrison Pkwy Ste 1, Sunrise, FL 33323-3091 |
| 516829045 | *+ | ARS/Account Resolution Specialist, Po Box 459079, Sunrise, FL 33345-9079 |
| 516829046 | *+ | ARS/Account Resolution Specialist, Po Box 459079, Sunrise, FL 33345-9079 |
| 516829047 | *+ | ARS/Account Resolution Specialist, Po Box 459079, Sunrise, FL 33345-9079 |
| 516829034 | *+ | Advocare Haddon Pediatric, P.O. Box 3001, Voorhees, NJ 08043-0598 |
| 516829035 | *+ | Advocare Haddon Pediatric, P.O. Box 3001, Voorhees, NJ 08043-0598 |
| 516829052 | *P++ | CAPITAL ONE, PO BOX 30285, SALT LAKE CITY UT 84130-0285, address filed with court:, Capital One, 15000 Capital One Dr, Richmond, VA 23238 |
| 516829053 | *P++ | CAPITAL ONE, PO BOX 30285, SALT LAKE CITY UT 84130-0285, address filed with court:, Capital One, 15000 Capital One Dr, Richmond, VA 23238 |
| 516829054 | *P++ | CAPITAL ONE, PO BOX 30285, SALT LAKE CITY UT 84130-0285, address filed with court:, Capital One, 15000 Capital One Dr, Richmond, VA 23238 |
| 516829057 | *+ | Capital One, Attn: General Correspondence/Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 516829058 | *+ | Capital One, Attn: General Correspondence/Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 516829062 | * | Children's Hospital Of Phila, Lock Box 5232, P.O. Box 8500, Philadelphia, PA 19178-5232 |
| 516829063 | * | Children's Hospital Of Phila, Lock Box 5232, P.O. Box 8500, Philadelphia, PA 19178-5232 |
| 516829070 | * | Diagnostic Pathology Consultants, 520 E. 22nd St., Lombard, IL 60148-6110 |
| 516829075 | *+ | IC Systems, Inc, Po Box 64378, Saint Paul, MN 55164-0378 |
| 516829076 | *+ | IC Systems, Inc, Po Box 64378, Saint Paul, MN 55164-0378 |
| 516829077 | *+ | IC Systems, Inc, Po Box 64378, Saint Paul, MN 55164-0378 |
| 516829078 | *+ | IC Systems, Inc, Po Box 64378, Saint Paul, MN 55164-0378 |
| 516829079 | *+ | IC Systems, Inc, Po Box 64378, Saint Paul, MN 55164-0378 |
| 516829081 | *+ | IC Systems, Inc, 444 Highway 96 East, St Paul, MN 55127-2557 |
| 516829082 | *+ | IC Systems, Inc, 444 Highway 96 East, St Paul, MN 55127-2557 |
| 516829083 | *+ | IC Systems, Inc, 444 Highway 96 East, St Paul, MN 55127-2557 |
| 516829084 | *+ | IC Systems, Inc, 444 Highway 96 East, St Paul, MN 55127-2557 |
| 516829085 | *+ | IC Systems, Inc, 444 Highway 96 East, St Paul, MN 55127-2557 |
| 516829089 | *+ | Lyons Doughty Law Firm, 136 Gaither Drive, Suite 100, P.O. Box 1269, Mount Laurel, NJ 08054-7269 |
| 516829095 | * | ProCo, P.O. Box 2462, Aston, PA 19014-0462 |
| 516829105 | * | Virtua Health, P.O. Box 8500-8267, Philadelphia, PA 19178-8267 |
| 516829106 | * | Virtua Health, P.O. Box 8500-8267, Philadelphia, PA 19178-8267 |
| 516829107 | * | Virtua Health, P.O. Box 8500-8267, Philadelphia, PA 19178-8267 |
| 516829108 | * | Virtua Health, P.O. Box 8500-8267, Philadelphia, PA 19178-8267 |
| 516829036 | ## | Allied Interstate, P.O. Box 361445, Columbus, OH 43236-1445 |
| 516829094 | ## | ProCo, P.O. Box 2462, Aston, PA 19014-0462 |

TOTAL: 0 Undeliverable, 32 Duplicate, 2 Out of date forwarding address

# NOTICE CERTIFICATION

District/off: 0312-1                                User: admin                                Page 4 of 4
Date Rcvd: Jan 09, 2023                          Form ID: 3180W                          Total Noticed: 53

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 11, 2023                        Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 9, 2023 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Brian C. Nicholas | on behalf of Creditor Christiana Trust  a division of Wilmington Savings Fund Society, FSB, not in its individual capacity, but solely as owner trustee on behalf of RBSHD 2013-1 Trust bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor Christiana Trust  a division of Wilmington Savings Fund Society, FSB, not in its individual capacity, but solely as owner trustee on behalf of RBSHD 2013-1 Trust dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com  summarymail@standingtrustee.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com  summarymail@standingtrustee.com |
| Lee Abt | on behalf of Joint Debtor Brittney S. DeAngelo leeabt2@verizon.net  r40016@notify.bestcase.com |
| Lee Abt | on behalf of Debtor Kenneth A DeAngelo leeabt2@verizon.net  r40016@notify.bestcase.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 7